UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID ALLEN HAWKINS,<br><br>            Petitioner,<br><br>  v.<br><br>PATRICK GLEBE,<br><br>            Respondent. | NO. C91-5415 RJB/KLS<br><br>ORDER FOR EXTENSION OF TIME TO FILE ANSWER TO HABEAS PETITION |

      Before the court is Respondent's Motion for Extension, seeking an extension of time until December 17, 2010 to file his answer to Petitioner's habeas corpus petition, which is currently due on November 18, 2010. ECF No. 47. Respondent's counsel is currently attempting to obtain files from Petitioner's proceedings in Washington state courts, including the transcript materials. ECF No. 48, pp. 2-3. Although Respondent's motion was noted for December 10, 2010, the court finds the basis for the request to be reasonable.

      Accordingly, it is **ORDERED:**

      (1)    Respondent's motion (ECF No. 47) is **GRANTED**.

      (2)    Respondent shall file his answer on or before **December 17, 2010.**

      (3)    The clerk is directed to send copies of this Order to Petitioner and to counsel for Respondent.

      DATED this  30th  day of November, 2010.

                                                             */s/ Karen L. Strombom*
                                                             Karen L. Strombom
                                                             United States Magistrate Judge